# In the United States Court of Federal Claims

**No. 03-2836C**

**(Filed January 22, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
**RICHARD L. LYON,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 18, 2006 the Federal Circuit issued its opinion in *Adams v. United States*, No. 90-162C (Fed. Cl.). Pursuant to this court's order dated February 21, 2006, the parties were required to notify this court 30 days after the Federal Circuit's decision regarding further proceedings in this case, but have not done so. Therefore, the parties shall file a joint status report by Tuesday, January 30, 2007 informing this court of the status of the case and of further proceedings in light of the Federal Circuit's opinion.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**