# In the United States Court of Federal Claims

**No. 03-2836C**

**(Filed January 29, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
**RICHARD L. LYON,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on January 26, 2007, the court will continue the STAY until the final disposition of the plaintiffs' appeals in Adams v. United States. The parties shall file a joint status report within 30 days after the petition for rehearing and/or rehearing *en banc* in Adams v. United States.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**