# In the United States Court of Federal Claims

**No. 03-2836C**

**(Filed March 8, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| **RICHARD L. LYON,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

In accordance with the order issued on January 29, 2007, and the Joint Status Report filed on March 7, 2007, the court will continue the STAY until the final dispostion of the plaintiffs' appeals in Adams v. United States.

A joint status report shall be filed within 30 days after the petition for rehearing and/or rehearing *en banc* in Adams v. United States has been finalized.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**