# In the United States Court of Federal Claims

**No. 03-2836C**

**(Filed April 13, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
**RICHARD L. LYON,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on April 13, 2007, the court will continue the STAY. The parties shall file a joint status report within 30 days from the resolution of proceedings in Adams v. United States, before the Supreme Court.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**