# In the United States Court of Federal Claims

**No. 03-2836C**

**(Filed January 23, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| **RICHARD L. LYON,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the Joint Status Report filed on January 17, 2008, a telephonic conference is scheduled for Wednesday, January 30, 2008 at 2:30 p.m. EST.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**