# In the United States Court of Federal Claims

**No. 03-2836C**

**(Filed February 1, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *
**RICHARD L. LYON,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On February 21, 2006, the court stayed this matter pending disposition of the appeal in *Adams v. United States*, No. 90-162C (Fed. Cl.). On March 14, 2007 the United States Court of Appeals for the Federal Circuit denied plaintiff's petition for rehearing *en banc*. Plaintiff's subsequent petition for writ of *certiorari* was denied on January 7, 2008. Therefore, the stay in this matter is hereby lifted.

Pursuant to the telephonic conference held on January 30, 2008, plaintiff shall file a Motion for Summary Judgment by Monday, March 31, 2008. Defendant shall respond, and plaintiff may reply, in accordance with the Rules of the United States Court of Federal Claims.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**