IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RICHARD L. LYON,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2836C<br>( Judge Bohdan A. Futey ) |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Now comes the plaintiff in the above-captioned civil action and shows the court as follows:

On February 1, 2008, this court entered an order which provided as follows:

> Pursuant to the telephonic conference held on January 30, 2008, plaintiff shall file a Motion for Summary Judgment by Monday, March 31, 2008. Defendant shall respond, and plaintiff may reply, in accordance with the Rules of the United States Court of Federal Claims.

On February 21, 2008 plaintiff served defendant with a request for production of documents, a copy of which is attached.

On March 24, 2008, defendant served plaintiff with a response objecting to plaintiff's discovery request in its entirety.

Because the documents that plaintiff seeks are critical to the filing by plaintiff of a dispositive motion for partial summary judgment, plaintiff will be unable to file such motion by March 31, 2008. Therefore plaintiff hereby moves for an extension of time to file his motion for partial summary judgment until 60 days after the resolution of the aforementioned discovery dispute.

Defendant has advised plaintiff that it has no objection to the granting of this motion.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile

Counsel of Record

**s/Edgar James**
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: March 25, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 25th day of March 2008, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**