# In the United States Court of Federal Claims

**No. 03-2836C**

**(Filed March 26, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *
**RICHARD L. LYON,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's Motion For Enlargement Of Time, filed on March 25, 2008, with consent of defendant, is ALLOWED. Plaintiff shall file its Motion for Summary Judgment 60 days after the resolution of the discovery dispute. Defendant shall respond, and plaintiff may reply, in accordance with the Rules of the United States Court of Federal Claims.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**